UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-3931-JFW(KSx)**                                Date: August 31, 2018

Title:     Amber Fimbres, et al. -v- County of Los Angeles, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                        **None Present**
   **Courtroom Deputy**                      **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                          None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

   In the Joint Report Re: Results of Settlement Conference filed on August 30, 2018, Dkt. No. 22, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 31, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 31, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr